UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL AARON SILBERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case: 1:16-cv-02280 |
| v. | ) Assigned To : Unassigned |
| | ) Assign. Date : 11/16/2016 |
| JOEY LEON, *et al.*, | ) Description: Pro Se Gen. Civil (F Deck) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed without prejudice.

Plaintiff alleges that the defendants "evicted [him] without refund from [the] horse show." Compl. at 2 (page numbers designated by the Court). He "seek[s] civil tort and [lien] against said parties." *Id.*

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). As the complaint does not set forth a constitutional or statutory basis for plaintiff's claims, it is not apparent that this action arises under the United States Constitution or federal law. Because the complaint does not demand damages in excess of $75,000 or allege the parties' residence in different states, plaintiff

does not demonstrate diversity of citizenship. Accordingly, the complaint will be dismissed for lack of subject matter jurisdiction.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: 11/9/16

Randolph D. Moss
United States District Judge